UNITED STATES DISTRICT COURT
For the WESTERN DISTRICT OF NORTH CAROLINA

MISCELLANEOUS NO. 1:22-mc-24-MR

IN RE:   OFFICIAL COURT CLOSING

FILED
ASHEVILLE, NC

SEP 20 2022

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

**ORDER**

**THIS MATTER** is before the Court upon its own motion.

The United States District Court for the Western District of North Carolina will be closed on Thursday November 24, 2022, and Friday, November 25, 2022, in observance of the Thanksgiving holiday.

The United States District Court for the Western District of North Carolina will BE CLOSED ALL DAY on Friday, December 23, 2022.

The court will also be closed Monday, December 26, 2022.

The United States District Court for the Western District of North Carolina will be closed on Monday, January 2, 2023, in observance for the New Year holiday.

**IT IS, THEREFORE, ORDERED** on behalf of the court this 20th day of September 2022.

_____
Martin Reidinger, Chief
U.S. District Court Judge